# United States Bankruptcy Court
## District of Minnesota

In re **Level 10 Fitness, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Level 10 Fitness, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lenore Schoenfelder**
**2918 Bandel Court NW**
**Rochester, MN 55901**

**Lorenzo Rollie**
**3019 - 25th Street NW**
**Rochester, MN 55901**

☐ None [*Check if applicable*]

**January 31, 2025**
Date

**/s/ Steven K. Murakami**
**Steven K. Murakami**
Signature of Attorney or Litigant
Counsel for **Level 10 Fitness, LLC**
**Murakami Law Firm, LLC**
**9 First Steet NW**
**Rochester, MN 55901**
**507-280-0100 Fax:507-280-6797**
**Steve@MurakamiLawFirm.com**